IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO HATRI WOOTEN,

      Plaintiff,                    No. CIV S-07-1703 GEB GGH P

   vs.

TERRY, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested a 60-day extension of time to file a certified copy of his completed affidavit in support of his request to proceed in forma pauperis, as well as a certified copy of his prison (or jail) trust account statement for the six month period preceding the filing of his complaint, pursuant to the court's order of October 17, 2007. <u>See</u> 28 U.S.C. § 1915(a)(2). The Clerk of the Court will be directed to send plaintiff a new application. Plaintiff claims he is being stymied in his efforts to obtain the requisite documentation at Sacramento County Jail. Plaintiff will be directed to submit a copy of this order along with the in forma pauperis form to the appropriate jail officials to process/complete his in forma pauperis application.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's November 1, 2007 motion for an extension of time is partially granted;

2. Plaintiff is granted thirty days from the date of this order in which to file and serve the certified copy of his trust account statement and the certificate portion of his application to be filled out by the appropriate jail official;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

4. Plaintiff is to provide the appropriate Sacramento County Jail officials with a copy of this order, as well as the in forma pauperis application so that the certificate portion can be appropriately filled out and the trust account for the six month period preceding the filing of plaintiff's complaint be provided; and

5. Plaintiff is to inform the court prior to the expiration of the time allowed herein should jail officials refuse or otherwise fail to complete/process his in forma pauperis application.

DATED: 11/8/07                                   /s/ Gregory G. Hollows

                                                 _____
                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
woot1703.36